129 F.3d 1256
 Terry R. Powell, a Non-Domestic to U.S. Mail
v.
James R. Graham, Trooper, Douglas J. Serro, Trooper, Thomas
R. Carr, District Justice, U.S. Postal Service Contractor
Defendants, Pennsylvania State Police, Commonwealth of
Pennsylvania, Corporate Adams County Prison Board, Prison
and County, Bernard Yanetti, Warden
 NO. 97-7046
 United States Court of Appeals,
Third Circuit.
 Sept 11, 1997
 
 Appeal From: M.D.Pa. ,No.95cv00914 ,
 Rambo, J.
 
 
 1
 Affirmed.